```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0244--CV (RRB)
           "B.C. EXCAVATING INC EX REL V CHENEGA ET AL"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 10/14/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act

           Origin: (1) Original Proceeding
           Demand: 177
       Filing fee: Paid $250.00 on 10/14/05 receipt # 00126785
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | B.C. EXCAVATING INC EX REL | Bernd C. Guetschow<br>425 G Street, Suite 650<br>Anchorage, AK 99501<br>907-274-6537 |
| DEF 1.1 | CHENEGA MANAGEMENT LLC | No counsel found for this party! |
| DEF 2.1 | OSBORNE CONSTRUCTION CO | No counsel found for this party! |
| DEF 3.1 | SAFECO INSURANCE CO OF AMERICA | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0244--CV (RRB)
           "B.C. EXCAVATING INC EX REL V CHENEGA ET AL"
```

For all filing dates

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 10/14/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (130) Miller Act

           Origin: (1) Original Proceeding
           Demand: 177
       Filing fee: Paid $250.00 on 10/14/05 receipt # 00126785
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/14/05 | Complaint filed. |