BERND C. GUETSCHOW
A Professional Corporation
425 G Street, Suite 650
Anchorage, Alaska 99501
(907) 274-6537
(907) 274-8798 facsimile

RECEIVED
FEB 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, for the )
use of B.C. EXCAVATING, INC., )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　　　)
CHENEGA MANAGEMENT, LLC; )
OSBORNE CONSTRUCTION )
COMPANY; and SAFECO Insurance )
Company of America, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
_____)

Case No. A05-0244 CV TMB

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(a) plaintiff hereby dismisses the above matter before service upon defendants.

DATED at Anchorage, Alaska this 3rd day of February, 2006.

　　　　　　　　　　　　BERND C. GUETSCHOW
　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　Attorney for use plaintiff B.C. Excavating, Inc.

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　Bernd C. Guetschow
　　　　　　　　　　　　ABA #7004017          6418

LAW OFFICES OF
BERND C. GUETSCHOW
A PROFESSIONAL CORPORATION
SUITE 650
425 "G" STREET
ANCHORAGE, AK 99501
(907) 274-6537
FAX (907) 274-8798